IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00325-BR-1

UNITED STATES OF AMERICA          :
                                  :
              v.                  :
                                  :
QYDARIUS J. SMALL                 :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on March 23, 2018, the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit: Sig Sauer Model P230 SL 9mm handgun, bearing serial number S047040; and any and all related ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.  That based upon the Memorandum of Plea Agreement as to the Defendant, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2.  That upon sentencing and issuance of the Judgment and

Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

This 10 August 2018.

_____
W. Earl Britt
Senior U.S. District Judge